UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW MOORE,

        Plaintiff,

                              Case No.: 1:13-cv-669

v.

                              HONORABLE PAUL L. MALONEY

ROBERT MOTE, et al.,

        Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip J. Green in this action (ECF No. 43). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that defendants' motion for summary judgment (ECF No. 27) is **GRANTED** for the reasons stated in the Report and Recommendation

**IT IS FURTHER ORDERED** that all of plaintiff's claims against defendants are **DISMISSED WITHOUT PREJUDICE**.

Dated:  March 31, 2015             /s/ Paul L. Maloney_____
                                  Paul L. Maloney
                                  Chief United States District Judge