UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW MOORE,

    Plaintiff,

v.

Case No. 1:13-cv-669

HONORABLE PAUL L. MALONEY

ROBERT MOTE, et al,

    Defendants,
_____/

## **JUDGMENT**

Pursuant to FED. R. CIV. P. 58, **JUDGMENT** is hereby entered in favor of defendants and against the plaintiff. A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).

Date: March 31, 2015                  /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                Chief United States District